| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Mohd J Malik** | Social Security number or ITIN | xxx–xx–8256 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nuzhat Malik** | Social Security number or ITIN | xxx–xx–0299 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  13 | 2/12/20 |
| Case number: | 20–03887 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mohd J Malik | Nuzhat Malik |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6164 Mayfair St.<br>Morton Grove, IL 60053 | 6164 Mayfair St.<br>Morton Grove, IL 60053 |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 2/13/20 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 11, 2020 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/11/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/22/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/10/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The hearing on confirmation will be held on: **4/1/20** at **11:00 AM** , Location: **219 South Dearborn, Courtroom 682, Chicago, IL 60604.** The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br><br>**The Disclosure of Compensation has not been filed at this time**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 20-03887-JBS
Mohd J Malik                                                          Chapter 13
Nuzhat Malik
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1              Page 1 of 2           Date Rcvd: Feb 13, 2020
                              Form ID: 309I                Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db/jdb         +Mohd J Malik,    Nuzhat Malik,    6164 Mayfair St.,   Morton Grove, IL 60053-2236
28631852       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,   9111 Duke Boulevard,
                 Mason, OH 45040-8999
28631855       +First Savings Bank,    Attn: Bankruptcy,   Po Box 5019,   Sioux Falls, SD 57117-5019
28631856       +First Savings Bank/Blaze,    Attn: Bankruptcy,   Po Box 5096,   Sioux Falls, SD 57117-5096
28631858       +ICS,   Po Box 1010,   Tinley Park, IL 60477-9110
28631860       +Keynote Consulting, Inc.,    220 West Campus Drive,   Arlington Heights, IL 60004-1498
28631861       +Keynote Consulting, Inc.,    Attn: Bankruptcy,   220 W. Campus Dr. #102,
                 Arlington Heights, IL 60004-1498
28631865       +Med Business Bureau,    1460 Renaissance Drive,   Park Ridge, IL 60068-1349
28631864       +Med Business Bureau,    Attn: Bankruptcy,   1460 Renaissance Dr #400,
                 Park Ridge, IL 60068-1349
28631867       +Midland Fund,   Attn: Bankruptcy,    350 Camino De La Reine Ste 100,   San Diego, CA 92108-3007
28631868       +Nissan Motor Acceptance,    Attn: Bankruptcy,   Po Box 660366,   Dallas, TX 75266-0366
28631872       +Total Visa/The Bank of Missouri,    Attn: Bankruptcy,   Po Box 85710,
                 Sioux Falls, SD 57118-5710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: cutlerfilings@gmail.com Feb 14 2020 02:36:48     David H Cutler,
                 Cutler & Associates, Ltd.,    4131 Main St.,   Skokie, IL   60076
tr             +E-mail/Text: bncnotice@tomvaughntrustee.com Feb 14 2020 02:39:42     Tom Vaughn,
                 55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Feb 14 2020 02:38:23     Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,   219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
28631849       +EDI: AMEREXPR.COM Feb 14 2020 06:58:00     Amex,   Correspondence/Bankruptcy,   Po Box 981540,
                 El Paso, TX 79998-1540
28631850       +EDI: BANKAMER.COM Feb 14 2020 06:58:00     Bank of America,   4909 Savarese Circle,
                 Fl1-908-01-50,   Tampa, FL 33634-2413
28631851       +EDI: CAPITALONE.COM Feb 14 2020 06:58:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
28631853        EDI: DISCOVER.COM Feb 14 2020 06:58:00     Discover Financial,   Attn: Bankruptcy Department,
                 Po Box 15316,   Wilmington, DE 19850
28631854       +EDI: AMINFOFP.COM Feb 14 2020 06:58:00     First PREMIER Bank,   Attn: Bankruptcy,
                 Po Box 5524,   Sioux Falls, SD 57117-5524
28631857       +E-mail/Text: info@glenviewcu.org Feb 14 2020 02:39:20     Glenview Cu,   1312 Waukegan Road,
                 Glenview, IL 60025-3022
28631859        EDI: JEFFERSONCAP.COM Feb 14 2020 06:58:00     Jefferson Capital Systems, LLC,   16 Mcleland Rd,
                 Saint Cloud, MN 56303
28631859        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 14 2020 02:39:13     Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,   Saint Cloud, MN 56303
28631863       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 02:31:39
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
28631862       +E-mail/Text: INFO@COLLECTIONBIZ.COM Feb 14 2020 02:39:56     Lou Harris Company,
                 1040 S. Milwaukee Ave,   Wheeling, IL 60090-6375
28631866       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 14 2020 02:31:30
                 Merrick Bank/CardWorks,   Attn: Bankruptcy,    Po Box 9201,   Old Bethpage, NY 11804-9001
28631869        EDI: PRA.COM Feb 14 2020 06:58:00     Portfolio Recovery,   Attn: Bankruptcy,
                 120 Corporate Blvd,   Norfold, VA 23502
28631870       +EDI: RMSC.COM Feb 14 2020 06:58:00     Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
                 Po B 965064,   Orkando, FL 32896-5064
28631871       +EDI: WTRRNBANK.COM Feb 14 2020 06:58:00     Target,   c/o Financial & Retail Srvs,
                 Mailstop BT POB 9475,   Minneapolis, MN 55440-9475
28631873       +EDI: ECMC.COM Feb 14 2020 06:58:00     U.S. Department of Education,   Ecmc/Bankruptcy,
                 Po Box 16408,   Saint Paul, MN 55116-0408
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2            Date Rcvd: Feb 13, 2020
                              Form ID: 309I                Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Mohd J Malik cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              David H Cutler    on behalf of Debtor 2 Nuzhat  Malik cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                             TOTAL: 4
```