UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-03887 |
| Mohd J Malik | ) | |
| Nuzhat Malik | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING DISBURSEMENT OF FUNDS & SHORTEN NOTICE

This cause coming to be heard on Motion of the Debtors for entry of an Order authorizing disbursement of funds and shorten notice; IT IS ORDERED:

The motion is GRANTED as follows:

1. Nationwide General Insurance Company is authorized to disburse $4,287.16 in insurance funds to the lienholder, Nissan Motor Acceptance Corporation and $10,840.97 to the Debtors.

2. Notice is shortened.

3. No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 26, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600